IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

SADIE MAE HOLLEY, by and through her )
Mother and Next Friend, SARA B. HOLLEY )
And SARA B. HOLLEY, Individually )
)
    Plaintiffs )
v. )   Case No.: 4:16CV00017-EKD
)
CVS PHARMACY, LLC, et als. )
)
    Defendants )

### ORDER APPROVING INFANT SETTLEMENT

This day came the parties, by counsel, and represented to the Court that a global settlement has been agreed upon, evidence was heard *ore tenus*, and the matter was argued by counsel. Sara B. Holley, appeared before the Court in person, as mother and next friend of her daughter, Sadie Mae Holley, along with the child's father, Everette Lee Holley, Mark T. Williams, Esquire, previously appointed guardian ad litem, has filed a report and was also present.

UPON CONSIDERATION ALL OF WHICH, it appears to the Court that the attorney's fee and costs advanced are reasonable, and that the net proceeds from the global settlement allocated to the infant plaintiff are reasonable and in the infant's best interest. It further appears to the Court that services provided by the guardian ad litem were reasonable and appropriate.

THE COURT FINDS that the proposed settlement is equitable for all parties, and that this dispute has been resolved to the mutual satisfaction of the parties. The net proceeds allocated to the infant plaintiff are proposed to be paid to The Sadie Mae Holley Irrevocable

LAW OFFICES
YOUNG, HASKINS, MANN,
GREGORY, MCGARRY
& WALL, P.C.
MARTINSVILLE, VA

1

Trust dated January 3, 2017. Pursuant to Section 8.01-424 of the Code of Virginia, the Court has examined the Trust and made due inquiry as to the adequacy of the bond of the proposed fiduciary.

IT IS HEREBY ORDERED that this matter be, and it hereby is, dismissed with prejudice; that the net proceeds of $186,125.26, allocated to the infant plaintiff, be paid to The Sadie Mae Holley Irrevocable Trust dated January 3, 2017; that $750.00 is a reasonable fee for the services of Mark Williams, Esquire, as guardian ad litem, and that such fee be paid by the Defendant.

The Clerk is directed to forward a copy of this Order to all counsel of record and to remove this case from the active docket of the Court.

ENTERED  1 / 5 / 2017

/s/ Robert S. Ballou

United States ~~District~~ Magistrate Judge